# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

May 24, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

RE: **WEST, Jason G.**
**Dkt. #5:03CR50014-001**
**Request to Transfer Jurisdiction**

Dear Judge Hendren:

This letter is to report a request by the Eastern District of Missouri, Cape Girardeau Division, that a transfer of jurisdiction from the Western District of Arkansas to the Eastern District of Missouri be initiated to aid in the management of this case.

The offender was sentenced by Your Honor on January 29, 2004, for one count of traveling with intent to engage in a sexual act with a juvenile as follows: 51 months imprisonment, 3 years supervised release, $5,000 fine to be paid in amounts not less than $100 per month, and a $100 special assessment fee. Special conditions of sex offender registration, DNA collection, substance abuse/mental health testing and/or treatment, and a search condition were also ordered. Supervision commenced on January 17, 2007 in the Eastern District of Missouri, Cape Girardeau Division. U.S. Probation Officer Jennifer J. Becking is currently supervising this case.

According to USPO Becking, there have been no violations. It also appears that Jason West does not have family in this area and will not likely return to the Western District of Arkansas. If the Court is in agreement, enclosed is the Transfer of Jurisdiction form for Your Honor's signature. We will continue to monitor this case at Your Honor's direction.

Page 2
West, Jason G.
Dkt. #5:03CR50014-001

Should Your Honor require further information, please advise.

Respectfully,

*[signature]*

Michael K. Scott
U.S. Probation Officer

Reviewed and approved by,

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Initiate Transfer of Jurisdiction

___ Other _____

_____  5/30/07
Honorable Jimm Larry Hendren        Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 30 2007

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK